**DISMISSED and Opinion Filed February 15, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01339-CR

### No. 05-16-01340-CR

**DESHAWN DEANGELO SMIKLE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-75978-T, F15-75979-T**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Brown
Opinion by Chief Justice Wright

Appellant has filed a motion to dismiss these appeals. Appellant and his counsel have

both approved the motion. The Court **GRANTS** the motion and **ORDERS** that these appeals be

**DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
161339F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DESHAWN DEANGELO SMIKLE,
Appellant

No. 05-16-01339-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-75978-T.
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered February 15, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DESHAWN DEANGELO SMIKLE,
Appellant

No. 05-16-01340-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-75979-T.
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered February 15, 2017.